**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| **MICHAEL STEVEN WIRTES**<br><br>PLAINTIFF<br><br>v.<br><br>**CITY OF NEWPORT NEWS**<br><br>DEFENDANT. | CASE NO. 4:18cv15 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Wirtes and City of Newport News (collectively, the "Parties") submit this Stipulation of Dismissal, dismissing this action with prejudice with each party bearing its own costs and attorneys' fees. Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), this Court will reserve jurisdiction to enforce the terms of an agreement entered into by the Parties to resolve this case.

Dated: May 17, 2022

Respectfully submitted,

_____/s/_____
Joshua L. Jewett (VSB No. 76884)
PIERCE MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, Virginia 23510
Tel: (804) 413-4021
Fax: (757) 257-0387
bjohnson@piercemcccoy.com
jjewett@piercemccoy.com

*Counsel for Plaintiff Derek Wheeling Burnett*


_____/s/_____
DARLENE P. BRADBERRY
Attorney
ADONICA BAINE
Attorney
NEWPORT NEWS CITY ATTORNEY'S OFFICE
2400 Washington Ave., 9th Floor
Newport News, VA 23607
Tel: (757) 926-8416
bradberrydp@nnva.gov
bainea@nngov.va


*Counsel for Defendant City of Newport News*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 17 day of May 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

DARLENE P. BRADBERRY
Attorney
ADONICA BAINE
Attorney
NEWPORT NEWS CITY ATTORNEY'S OFFICE
2400 Washington Ave., 9th Floor
Newport News, VA 23607
Tel: (757) 926-8416
bradberrydp@nnva.gov
bainea@nngov.va

*Counsel for Defendant City of Newport News*

                   /s/
                 Joshua L. Jewett